UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action 04-623 |
| | § | |
| BRAD C. BENSON, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this Court's Order Granting Plaintiff's Motion for Summary Judgment in the above-captioned cause of action, it is adjudged that the United States of America recover from Defendant as to the Note dated August 18, 1987:

1. The balance due as of August 13, 1997 of $1,883.87, plus

2. Prejudgment interest from August 13, 1997 at 8.00% per annum, being $0.27 per day, plus

3. Attorney's fees of $550.00 and all costs of court, plus

4. Post-judgment interest at 3.84% per annum.

SIGNED and ENTERED this 11th day of August, 2005.

_____
Janis Graham Jack
United States District Judge